In the Matter of the Application of HENRY S. GOODSPEED, Respondent, to Review a Determination of the Board of Elections of the City of New York.

JOHN W. TUMBRIDGE, Appellant.

*Matter of Goodspeed (Tumbridge)*, 134 App. Div. 945, affirmed.
(Argued October 27, 1909; decided October 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1909, which affirmed an order of Special Term

reversing a determination of the board of elections of the city of New York.

*George E. Josephs* for appellant.

No one for respondent.

Order affirmed, without costs ; no opinion.

Concur : CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent : GRAY, J.